**Seldon R. GLENN, Individually, and as Collector of Internal Revenue for the District of Kentucky, Appellant, v. V. V. COOKE, Appellee.**

**Seldon R. GLENN, Individually, and as Collector of Internal Revenue for the District of Kentucky, Appellant, v. Almond COOKE, Appellee.**

Nos. 10821, 10822.
United States Court of Appeals
Sixth Circuit.

Oct. 17, 1949.

Harry Marselli, Washington, D. C., David C. Walls, Louisville, Ky., Theron L. Caudle, Charles Oliphant, George A. Stinson, and Ellis N. Slack, Washington D. C., for appellant.

Chas. I. Dawson, Louisville, Ky. (Bullitt, Dawson & Tarrant, Louisville, Ky., of counsel), for V. V. Cooke.

Wm. H. Abell, Louisville, Ky. (Ogden, Galphin & Abell, Louisville, Ky., of counsel), for Almond Cooke.

Before HICKS, Chief Judge, ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, briefs of counsel, and argument in open court, and the court being duly advised,

It is hereby ordered, adjudged, and decreed that the judgments be and are hereby affirmed upon the findings of fact and conclusions of law of the district court. Cooke v. Glenn, 78 F.Supp. 519.